IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

NOV 2 9 2016

David J. Bradley, Clerk of Court

No. 15-20499

D.C. Docket No. 4:14-CV-237

United States Court of Appeals
Fifth Circuit
**FILED**
October 18, 2016
Lyle W. Cayce
Clerk

APACHE CORPORATION,

    Plaintiff - Appellee Cross-Appellant

v.

GREAT AMERICAN INSURANCE COMPANY,

    Defendant - Appellant Cross-Appellee

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before JOLLY, BARKSDALE, and SOUTHWICK, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is vacated and rendered for Great American Insurance Company.

IT IS FURTHER ORDERED that plaintiff-appellee cross-appellant pay to defendant-appellant cross-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Nov 29, 2016

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 29, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 15-20499    Apache Corporation v. Great American Insurance Co.
                                USDC No. 4:14-CV-237

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      James deMontluzin, Deputy Clerk
                      504-310-7679

cc:  Mr. David H. Brown
     Mrs. Carla Cash Crapster
     Mr. Michael Albert Graziano
     Mr. Harris Bruce Katz
     Mr. Michael Keeley
     Ms. Deborah Carleton Milner
     Mr. Patrick W. Mizell
     Mr. Francis Joseph Nealon
     Mr. Martin Samuel Schexnayder
     Mr. Garry T. Stevens Jr.
     Mr. William Gaynor Winget